FILED

09/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0427

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0427

_____

MYLES CARPENTER,

     Plaintiff and Appellant,

    v.                                                                            O R D E R

MONTANA DEPARTMENT OF
TRANSPORTATION,

     Defendant and Appellee.

_____

The record was filed for purposes of this appeal on August 9, 2024. The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than October 21, 2024. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 20 2024